# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

## INTRODUCTION

I, Heather Call, being first duly sworn state:

1. Your affiant, Heather Call, employed with the Newport News Police Department (NNPD) since June, 2004, and more specifically with the Special Victims Unit since July, 2011. This assignment has afforded me the opportunity to investigate and/or arrest and prosecute numerous individuals for crimes relating to the neglect and abuse of children in violation of the Virginia (VA) State Code. I have previously been involved in criminal investigations concerning violations of federal laws. Those investigations included, but are not limited to, child exploitation and child pornography. Since joining the NNPD your affiant has attended specialized training courses in child/adolescent interviewing, human trafficking, identifying and seizing electronic evidence, and computer forensic, recovery, and social site investigations.

2. I am currently assigned as a Master Police Detective with the Newport News Police Department, Criminal Investigations Division, Special Victims Unit, as well as a Task Force Officer (TFO) assigned to the Federal Bureau of Investigation, Norfolk Division Child Exploitation Task Force. I have participated in investigations involving sexual assaults, persons who collect and distribute child pornography, and the distribution of materials relating to the sexual exploitation of children. I have received training from the FBI in the areas of sexual assaults and child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

3. I was deputized as a Special Deputy United States Marshal on June 16, 2014. As a Special Deputy United States Marshal, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4. This affidavit supports an application for a criminal complaint charging **MICHAEL JOHN WANNBERG**, with Transportation of Child Pornography, in violation of Title 18, United States Code, § 2252A(a)(1).

5. This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **MICHAEL JOHN WANNBERG**, has committed a violation of Title 18, United States Code, § 2252A(a)(1).

## STATUTORY AUTHORITY AND DEFINITIONS

6. This investigation concerns alleged violations of Title 18, United States Code, § 2252A(a)(1), relating to transportation of child pornography. Title 18, U.S.C. § 2252A(a)(1) makes it a federal criminal offense to knowingly mail, or transport or ship using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography.

7. The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

## FACTS AND CIRCIMSTANCES

8. On August 9, 2026, the National Center for Missing and Exploited Children (NCMEC) received CyberTip 254091526 and subsequently passed it to Bedford County Sheriff's Office (BCSO). CyberTip 254091526 contained 1 file containing child sexual abuse material (CSAM) that had been uploaded to Google Lens. Google became aware of the incident on August 8, 2026. The CyberTip listed the suspect information as email addresses: [redacted]@gmail.com and [redacted]@gmail.com, Name: **Michael WANNBERG**, phone number [redacted] date of birth [redacted], and numerous IP addresses. Google did not view the entire contents of the uploaded file and it is unknown if the uploaded file was publicly available, therefore your affiant did not view the uploaded file. It was noted by NCMEC, that CyberTip 255219389 was related to this report.

9. On August 16, 2026, NCMEC received CyberTip 255219389 and subsequently passed it to Bedford County Sheriff's Office (BCSO). CyberTip 255219389 contained 1 file containing child sexual abuse material (CSAM) that had been uploaded to Google Lens. Google became aware of the incident on August 16, 2026. The CyberTip listed the suspect information as email addresses: [redacted]@gmail.com and [redacted]@gmail.com, Name: **Michael WANNBERG**, phone number [redacted] date of birth [redacted] and numerous IP addresses. Google noted a person at Google viewed the file to the extent necessary to confirm that it contained apparent child pornography concurrently to or immediately preceding the sending of the CyberTip. Your affiant reviewed the file and it is described as follows:

a. The image file is a compilation of three images of the same prepubescent juvenile female. The juvenile female is nude and exposing her breasts, genitals, and buttocks to the camera.

10. Your affiant checked the name **Michael WANNBERG** in the Google search engine and located information that **WANNBERG** was possibly a sex offender. Your affiant then checked the Virginia State Police Sex Offender Registry and confirmed **WANNBERG** was a registered sex offender with a residential address of [redacted], Newport News, Virginia.

11. Your affiant checked Michael **WANNBERG** through the Virginia Department of Motor Vehicles (DMV) and checked his criminal history. According to the DMV, **WANNBERG's** date of birth is [redacted] and his address is [redacted], Newport News, Virginia. **WANNBERG's** criminal history showed in 2003, in the Hampton Circuit Court, he was convicted of Crimes Against Nature (Felony), Prostitution or Solicitation of Prostitute (Misdemeanor), and Consensual Intercourse with a Child under 15 years old (Misdemeanor). **WANNBERG's** criminal history also showed in 2005, in Norfolk Federal Court, he was convicted of Possession of Child Pornography (Felony).

12. On September 11, 2026, your affiant received results from AT&T in response to an administrative subpoena requesting subscriber information for the phone number [redacted] AT&T identified the subscriber as Michael **WANNBERG**, [redacted], Newport News, Virginia. The email address they had for **WANNBERG** was [redacted]@gmail.com and the active date was January 28, 2023.

13. On September 24, 2026, your affiant spoke with Virginia State Police (VSP) Trooper Cotton and Complaint Officer Davidson concerning Michael **WANNBERG**. Your affiant learned **WANNBERG** lived and worked at the Peninsula Rescue Mission, located at [redacted], Newport News, Virginia.

14. On September 29, 2026, VSP Compliance Officer Davidson conducted a home visit with **WANNBERG** at the Peninsula Rescue Mission, located at [redacted] Newport News, Virginia. **WANNBERG** provided he worked at that location, but lived at [redacted] Newport News, Virginia. His residence is across 37th Street from the Peninsula Rescue Mission and owned/managed by the Peninsula Rescue Mission.

[SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

Based upon the facts set forth above, I submit that probable case exists to believe **MICHAEL JOHN WANNBERG**, has violated Title 18, United States Code, § 2252A(a)(1) which prohibits knowing transportation of child pornography (and any visual depictions of and involving the use of a minor engaging in sexually explicit conduct) in interstate or foreign commerce.

FURTHER YOUR AFFIANT SAYETH NOT.

________________________________________
Heather Call
Task Force Officer
FBI Child Exploitation Task Force
Federal Bureau of Investigation

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Devon Heath.

Reviewed: ____________________________
Devon Heath
Assistant United States Attorney

Subscribed and sworn to before me this 5th day of October 2026, in the City of Norfolk, Virginia.

________________________________________
The Honorable Robert J. Krask
UNITED STATES MAGISTRATE JUDGE